In re Constitutionality of a Court of Appeals.

1. Court of Appeals — Constitutional Law. — An intermediate court, having appellate and final jurisdiction, can be constitutionally created; but it cannot be given appellate jurisdiction in cases within the appellate jurisdiction of the supreme court, unless its judgment in such cases is made subject to review by the supreme court.

2. Senate Bill No. 98, creating "the court of appeals," is constitutional.

The following questions were by the state senate submitted to the supreme court for determination:

"*First.* Under the state constitution, can an intermediate court be legally created having appellate and final jurisdiction?

"*Second.* If such a court can be legally created, having co-ordinate jurisdiction with the supreme court in certain classes of cases, what jurisdiction could be conferred, and to what extent as co-ordinate jurisdiction?

"*Third.* In what cases could not final jurisdiction be conferred upon such a court by legislative enactment?

"*Fourth.* Would a court of appeals with jurisdiction as provided in senate bill No. 98, hereto attached, be obnoxious to any provisions of our constitution?"

Per Curiam. In response to the interrogatories presented by the state senate touching the creation of a court of appeals, the following conclusions are respectfully submitted:

An intermediate court, having appellate and final jurisdiction, can be legally created.

Such a court may, by legislative enactment, be clothed with appellate jurisdiction in cases remaining within the appellate jurisdiction of the supreme court, provided its judgments in such cases are made subject to review by the latter court.

But no other court can, under the constitution, be given final appellate jurisdiction in cases left by law within the

appellate jurisdiction of the supreme court. *In re Court of Appeals*, 9 Colo. 623.

Under the constitution as amended in the fall of 1886, a court of appeals, as provided in senate bill No. 98, submitted for examination, is not obnoxious, so far as we are advised, to any constitutional objection.